```
                                    FILED        LODGED
                                    RECEIVED     COPY

                                    APR 3 0 2019

                                    CLERK U S DISTRIC COURT
                                      DISTRICT OF ARIZONA
                                    BY _____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Request for Assistance from the Government of the Kingdom of Belgium Relating to the Investigation of the Murder of S.V.H. | No.  MC-19-00011-PHX-GMS  **ORDER** |

Upon application of the United States seeking an order, pursuant to 18 U.S.C. §3512, appointing Brian E. Kasprzyk, Assistant U.S. Attorney, Office of the United States Attorney (or a substitute or successor subsequently designated by the Office of United States Attorney), as a commissioner to execute the above-captioned request from the Government of the Kingdom of Belgium (the "Request") by collecting evidence for use in a criminal investigation, prosecution, or proceeding in Belgium, and the Court having fully considered this matter,

**IT IS HEREBY ORDERED**, pursuant to the authority conferred by 18 U.S.C. §3512, that Brian E. Kasprzyk (or a substitute or successor designated by the Office of the United States Attorney) is appointed as a commissioner of this Court (the commissioner) and hereby directed to execute the Request and to take such steps as are necessary to collect the evidence requested. In doing so, the commissioner:

1. may issue commissioner subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and/or produce evidence located within the United States;

2. shall adopt procedures to collect the evidence requested consistent with its

use in the investigation, prosecution, or proceeding in Belgium for which the Ministry of Justice Belgium has requested assistance, which may be specified in the Request or provided by, or with the approval of, the Ministry of Justice Belgium;

3. may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, special agents of the Federal Bureau of Investigations and/or representatives of Belgium who, as authorized or directed by the commissioner, may direct questions to any witness;

4. may seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner subpoenas who fail to appear and/or produce evidence should not be held in contempt, and protective orders to regulate the use of the evidence collected;

5. may order the subpoenaed parties not to notify any person, including but not limited to the subject of the investigation and/or members of his family, of the existence of the commissioner subpoena or its contents, except that the subpoenaed parties may notify their own attorneys, if applicable, of the subpoena and its contents for the purpose of receiving legal advice; and

6. shall certify and transmit the evidence collected to the Office of International Affairs, which will transmit it to Belgium.

DATED this ___3___ day of __May, 2019__.

_____
U.S. DISTRICT COURT JUDGE