MICHAEL BAILEY
United States Attorney
District of Arizona
BRIAN E. KASPRZYK
Assistant U.S. Attorney
Pennsylvania State Bar No. 82701
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: brian.kasprzyk@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Request for Assistance from the Government of the Kingdom of Belgium Relating to the Investigation of the Murder of S.V.H. | No. MC-19-00011-PHX-GMS<br><br>**NOTICE OF COMPLETION** |

NOTICE OF COMPLETION OF COMMISSION

I, Brian E. Kasprzyk, Assistant U.S. Attorney, Office of the United States Attorney, having been appointed commissioner by order of the Court filed on May 3, 2019, for the purpose of taking evidence in accordance with the above-captioned request notify the Court that I have completed the requirements of such appointment to the extent possible.

Respectfully submitted this 24th day of July, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

 */s/ Brian E. Kasprzyk*
BRIAN E. KASPRZYK
Assistant U.S. Attorney